UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 JAN -3 AM 9: 39

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JAVIER GONZALEZ-FLORES,<br><br>　　　　　　　Defendant. | CASE NO. 12cr4738-BEN<br><br>　DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

　　21:952 and 960 - Importation of Marijuana

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/2/2013

　　　　　　　　　　　　　　　　　Nita L. Stormes
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge